UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. 5:05mj 37 TAG

## ORDER TO PAY

Delia Duran

SOCIAL SECURITY #: 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
DATE of BIRTH: 08-05-69
DRIVER'S LICENSE #: D650-174-69-785-0
ADDRESS: PSC 80 BOX 16147
APO AP 96367
City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 6-14-05

DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**
Count 1 Dismissed
CITATION / CASE NO: Count 2    FINE 300.00    ASGMT. 10.00
CITATION / CASE NO: _____    FINE _____    ASGMT _____

(✓) FINE TOTAL of $ 300.00 and a penalty assessment of $ 10.00 within 30 days/months or payments of $_____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
(✓) COMMUNITY SERVICE 50 hours with fees not to exceed $ _____
to be completed by June 15, 2006 with proof mailed to the Clerk of the Court.
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
(✓) PROBATION to be ~~unsupervised~~/supervised for: 1 year

Anger Management Classes - 4 per month for 6 months

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814

**CLERK, USDC**
**1130 O Street, Rm 5000**
**Fresno, CA 93721**

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 6-14-05

Teresa Goldner
U.S. MAGISTRATE JUDGE by L. Truias

Clerk's Office

EDCA - 03 Rev 8/97